**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-61836-RAR**

**C.P.,** *by his mother and next friend,*
**MARIE PARKER**,

Plaintiff,

v.

**ARCADE ZONE FUN PARK, LLC**,

Defendant.
_______________________________________/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Default Judgment ("Motion"), [ECF No. 25], and the Order Granting Plaintiff's Motion for Default Final Judgment ("Order"), [ECF No. 26]. For the reasons stated in the Order, and pursuant to Rule 55 and Rule 58 of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** that Default Final Judgment is hereby **ENTERED** in favor of Plaintiff C.P., by his mother and next friend, Marie Parker ("Plaintiff"), and against Defendant Arcade Zone Fun Park, LLC ("Defendant") as follows:

1. Defendant shall not further any policy, procedure, or practice that will deny C.P. meaningful access to, and an equal opportunity to benefit from, Arcade Zone's services or that will exclude C.P. from its programs or services.

2. Defendant is ordered to provide a reasonable accommodation of their outside food policy for persons with a food-related disability.

3. Defendant is prohibited from issuing a surcharge to a person with a food-related disability who requests to bring outside food to accommodate their disability.

4. Plaintiff is awarded reasonable costs in the amount of $455.00, for which sums let execution issue, pursuant to 42 U.S.C. § 3613(c)(2).

5. Defendant shall comply with the terms of this Final Judgment within **ninety (90) days** of entry of this Judgment, and the Court hereby reserves jurisdiction to enter any further orders deemed necessary and proper.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2025.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**